UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TIMOTHY HINDS,**

   **Plaintiff,**

**v.**               Case No: 6:18-cv-1576-Orl-41TBS

**SKYLER SAUNDERS,**

   **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs ("Application," Doc. 2). United States Magistrate Judge Gregory J. Kelly submitted a Report and Recommendation ("R&R," Doc. 3), in which he recommends that the Application be denied, and the case be dismissed. He further recommends that Plaintiff be granted leave to file an amended complaint. (*Id.* at 5–6 (listing what should be included in the amended complaint)).

Plaintiff filed an Objection to the R&R (Doc. 6). Therein, Plaintiff does not object to the substance of the R&R but rather Judge Kelly's authority to issue it. Plaintiff's objection is not well taken. *See* 28 U.S.C. § 636(b)(1)(B) (noting that magistrate judges may "submit to a judge of the court proposed findings of fact and recommendations for the disposition" of motions). After a *de novo* review of the record, the Court agrees with the analysis set forth in the R&R. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

  1. The Report and Recommendation (Doc. 3) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) is **DENIED**.

3. Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**.

4. **On or before December 7, 2018**, Plaintiff may file an amended complaint that complies with the guidance in the R&R. Failure to do so may result in the dismissal of this case without further notice. Plaintiff may also file a renewed application to proceed in district court without prepaying fees or costs.

**DONE** and **ORDERED** in Orlando, Florida on November 20, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party